# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

**FILED**
AUG 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

E-filing

CR 08    0553

MMC

JOSHUA JOEL PRATCHARD

DEFENDANT(S).

# INDICTMENT

Title 18, United States Code, Section 113(a)(6) - Assault Resulting in Serious Bodily
Injury.

A true bill.

_Angelina ackerm orthal_
Foreman

Filed in open court this __19th__ day of

__Aug. 2008__.

_Karen L. Hon_    KAREN L. HON

JOSEPH C. SPERO    Clerk
UNITED STATES MAGISTRATE JUDGE

Bail, $ __no bail arrest warrant.__

08-553 MMC

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
| --- |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

18 U.S.C. § 113(a)(6) - Assault Resulting in Serious Bodily Injury (Class C Felony)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

E-filing

PENALTY:  10 Years in Prison
$250,000 fine
3 years supervised release
$100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

—— DEFENDANT - U.S ——
▶ JOSHUA JOEL PRATCHARD

DISTRICT COURT NUMBER

CR 08    0553
MMC

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WENDY M. THOMAS

—— DEFENDANT ——

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

_____

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3                                                                    FILED

4                                                                  AUG 1 9 2008

5                                                          RICHARD W. WIEKING
                                                    NORTHERN DISTRICT COURT
6                                                        DISTRICT OF CALIFORNIA

7

8                         UNITED STATES DISTRICT COURT

9        E-filing    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11
                                              CR 08        0553
12  UNITED STATES OF AMERICA,        )        Criminal No.:

13          Plaintiff,               )        VIOLATION: Title 18, United States Code   MMC
                                     )        Section 113(a)(6) -- Assault Resulting in
14          v.                       )        Serious Bodily Injury
                                     )
15  JOSHUA JOEL PRATCHARD,           )
                                     )
16          Defendant.               )        SAN FRANCISCO VENUE
                                     )
17  _____)

18

19                            I N D I C T M E N T

20  The Grand Jury charges:

21          On or about October 13, 2007, in the Northern District of California, while within the

22  special maritime and territorial jurisdiction of the United States, namely land under the exclusive

23  jurisdiction of the United States and administered by the Presidio Trust, the defendant,

24                          JOSHUA JOEL PRATCHARD,

25  //

26  //

27  //

28  //


INDICTMENT

1  did assault victim D.S., resulting in serious bodily injury, in violation of Title 18, United States

2  Code, Section 113(a)(6).

3

DATED:                              A TRUE BILL.

4

   8/19/08                          _Amye (nalaemenral_
5                                    FOREPERSON

6

JOSEPH P. RUSSONIELLO
7  United States Attorney

8

9  _Kyle F. Walding_

10 KYLE F. WALDINGER
   Deputy Chief, Major Crimes Section

11

12

   (Approved as to form: _____
13                        Wendy Thomas
                          Special Assistant United States Attorney
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                          2