1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6809

7 | Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

8

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,          )   Criminal No. CR 08-0553 MMC
                                       )
14 |         Plaintiff,                 )
                                       )   [PROPOSED] ORDER AND
15 |    v.                              )   STIPULATION CONTINUING STATUS
                                       )   CONFERENCE AND EXCLUDING
16 | JOSHUA JOEL PRATCHARD,             )   TIME FROM SEPTEMBER 17, 2008 to
                                       )   OCTOBER 15, 2008.
17 |         Defendant.                 )
                                       )
18 | _____    )

19 | On September 16, 2008, the parties in this case appeared before the Honorable Elizabeth

20 | D. Laporte for identification of counsel. At that time, Steve Whitworth entered a general

21 | appearance on behalf of the defendant. An initial appearance before the Honorable Maxine M.

22 | Chesney was scheduled for September 17, 2008.

23 | Defense counsel requests that the September 17, 2008, appearance be vacated and

24 | continued to October 15, 2008, so that he may obtain and review discovery from government

25 | counsel. The parties stipulate that time should be excluded from the Speedy Trial Act

26 | calculations from September 17, 2008, to October 15, 2008, in light of the need for effective

27 | preparation of counsel. Failure to grant the requested continuance would unreasonably deny

28 | [PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0553 MMC

defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to obtain and review discovery with the defendant.

IT IS SO STIPULATED.

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

DATED: 9/16/08                        /s/
                                       WENDY THOMAS
                                       Special Assistant United States Attorney

DATED: 9/16/08                        /s/
                                     STEVE WHITWORTH
                                     Attorney for Mr. Pratchard

     Based on the stipulation of the parties and for good cause shown, the Court finds that the ends of justice served by excluding the period from September 17, 2008, to October 15, 2008, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A). Accordingly, and with the consent of the defendant, the Court orders that the September 17, 2008, appearance be vacated and continued to October 15, 2008, and that the period from September 17, 2008 to October 15, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: September 17, 2008                            _____
                                                                  MAXINE M. CHESNEY
                                                                    United States District Judge