1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  BENJAMIN P. TOLKOFF (CABN 4294443)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: Benjamin.Tolkoff@usdoj.gov

8  Attorneys for Plaintiff

9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 08-0553 MMC
14                                  )
         Plaintiff,                 )   STIPULATION AND [PROPOSED]
15                                  )   ORDER SETTING DATE FOR
      v.                            )   EVIDENTIARY HEARING
16                                  )   ORDER DENYING STIPULATION
   JOSHUA PRATCHARD,                )   Date:   April 14 / May 27, 2010
17                                  )   Time:   2:30 p.m. / 9:00 a.m.
         Defendant.                 )
18  _____)

19       The parties were last before the Court on March 17, 2010, for an initial appearance on an

20  alleged violation of probation.  At that time, the parties requested and the Court ordered that the

21  matter be continued until April 14, 2010.  The stated reasons for this extension were to determine

22  whether there would be a resolution to the Contra Costa County matter that gave rise to the

23  allegation, and to afford the parties ample time to negotiate a resolution of the instant matter.

24  //
25  //
26  //
27  //
28  //

STIP. AND PROP. ORD. FOR EVID. HRNG. DATE
CR 08-0553 MMC

1      As of the date of this filing, the parties are not likely to resolve the instant matter and

2 would therefore request an evidentiary hearing. The parties have conferred and discussed

3 scheduling with the Clerk of the Court. Based on the schedule of the parties and the Court, the

4 earliest date on which an evidentiary hearing could be held is May 27, 2010. Therefore, the

5 parties respectfully request an evidentiary hearing on May 27, 2010.

6

7 SO STIPULATED:           JOSEPH P. RUSSONIELLO
                                      United States Attorney

8

9 DATED: April 13, 2010                 /s/
                                      BENJAMIN P. TOLKOFF

10                                       Assistant United States Attorney

11

12 DATED: April 13, 2010                 /s/
                                      STEVE WHITWORTH

13                                       Attorney for JOSHUA PRATCHARD

14

15 ~~For the reasons stated above, the Court orders that an evidentiary hearing shall be held on May 27, 2010, at 9:00 a.m., to determine whether the defendant has violated the terms of probation as alleged.~~ The above stipulation is hereby DENIED without prejudice, and the parties shall appear on April 14, 2010 as currently scheduled, at which time the parties should be prepared to address the status of "the Contra Costa County matter" and its effect, if any, on the proceedings in federal court.

SO ORDERED.

21 DATED: April 13, 2010               *[signature: Maxine M. Chesney]*
                                      HONORABLE MAXINE M. CHESNEY
                                      United States District Judge

STIP. AND PROP. ORD. FOR EVID. HRNG. DATE
CR 08-0553 MMC