5/21/10

May 20, 2010

Dear Honorable Judge Chesney,

    I am writing you today, because I am in need of legal help. Due to my current situation and financial responsibilities that I have, I am not able to afford legal counsel. The attorney I had retained for my sentencing hearing, David Larkin, has told me that even though he represented me in Federal court for my Sentencing, he is not a Federal lawyer and has no desire to return to federal court.

    Subsequently, his assistant counsel offered to represent me in my most recent court proceedings for a minimal fee. I Retained Mr. Steve Whitworth. He appeared at my court date before the Magistrate. That court appearance was to set a date to go before your court. However, the next date we had before you, which was a request by the DA for a continuance, he was not present. The person he sent in his stead was either not briefed or did not pay attention to what he was told by Mr. Whitworth regarding my case. He made a request of you for an elimination of subsistence payment, which was NOT what I was asking, nor was it what I wanted.

    The details of that request are inconsequential now, but what is important to note is that since that date I have not had any contact with Mr. Whitworth. I have called and left messages for him at least 30 times since that court date. He has not responded once to any of my messages. I have sent him emails, text messages, voicemails and even made a personal visit to his office in Walnut Creek, on or about April 30th. When I went by the Larkin Law Offices in Walnut Creek to speak with Mr. Larkin regarding his associate's behavior, his office informed me that Steve Whitworth no longer was employed at the Larkin Law Offices. Since Mr. Whitworth never brought this detail to my attention, his lack of communication, and his behavior, I feel my best interests are not being looked after by my current representation.

    I am respectfully requesting the mercy of the court by allowing me to retain legal council through the Federal Public Defenders office. Due to my financial responsibilities

for my son, the courts, the victim, as well as my personal financial responsibilities, I am unable to secure the moneys necessary to retain private legal council. I can provide a financial affidavit to illustrate my current financial situation upon your request. I apologize for the lateness of this request, I was holding out in hopes that this matter would be resolved between myself and Mr. Whitworth, but unfortunately that was not possible.

    Thank you in advance for your time and your attention in this matter.


Respectfully,



Joshua Joel Pratchard