1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  BENJAMIN P. TOLKOFF (NYBN 4294443)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone:  (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: Benjamin.Tolkoff@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,           )   No. CR 08-0553 MMC
14                                     )
         Plaintiff,                    )   STIPULATION AND [PROPOSED]
15                                     )   ORDER CONTINUING EVIDENTIARY
      v.                               )   HEARING
16                                     )
   JOSHUA PRATCHARD,                   )   Date:  August 23 / September 10, 2010
17                                     )   Time:  9:00 a.m. / 1:00 p.m.
         Defendant.                    )
18  _____)

19      The parties previously set an evidentiary hearing for August 23, 2010.  Due to a conflict,

20 defense counsel will be unavailable on that date.  The parties have been informed by the Clerk of

21 the Court that the Court is available on September 10, 2010, at 1:00 p.m.  Therefore, the parties

22 request that the Court continue the evidentiary hearing previously scheduled for August 23, to

23 September 10, 2010 at 1:00 p.m.

24 //

25 //

26 //

27 //

28 //

STIP. AND PROP. ORD. CONT. EVID. HRNG.
CR 08-0553 MMC

1  SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                     United States Attorney

3  DATED: August 13, 2010                    /s/
                                     BENJAMIN P. TOLKOFF
                                     Assistant United States Attorney


6  DATED: August 13, 2010                    /s/
                                     STEVE WHITWORTH
                                     Attorney for JOSHUA PRATCHARD

   GOOD CAUSE being shown, for the reasons stated above, the Court orders that the evidentiary hearing scheduled for August 23, 2010, at 9:00 a.m., is hereby continued until September 10, 2010, at 1:00 p.m.

   SO ORDERED.

   DATED: August 13, 2010            _____
                                     HONORABLE MAXINE M. CHESNEY
                                     United States District Judge

STIP. AND PROP. ORD. CONT. EVID. HRNG.
CR 08-0553 MMC