1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  BENJAMIN P. TOLKOFF (NYBN 4294443)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone:  (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: Benjamin.Tolkoff@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,            )   No. CR 08-0553 MMC
14                                      )
          Plaintiff,                    )   STIPULATION AND [PROPOSED]
15                                      )   ORDER CONTINUING EVIDENTIARY
        v.                              )   HEARING
16                                      )
   JOSHUA PRATCHARD,                    )   Date:  September 10 / October 1, 2010
17                                      )   Time:  1:00 p.m. / 1:00 p.m. 1:30 p.m.
          Defendant.                    )
18 _____ )

19      The parties previously set an evidentiary hearing for September 10, 2010.  Due to a

20 conflict, the U.S. Probation Officer will be unavailable on that date.  The parties have been

21 informed by the Clerk of the Court that the Court is available on October 1, 2010, at 1:00 p.m.

22 Therefore, the parties request that the Court continue the evidentiary hearing previously

23 scheduled for September 10, to October, 2010 at 1:00 p.m.

24 //

25 //

26 //

27 //

28 //

STIP. AND PROP. ORD. CONT. EVID. HRNG.
CR 08-0553 MMC

1  SO STIPULATED:                JOSEPH P. RUSSONIELLO
                                 United States Attorney
2

3  DATED: August 23, 2010              /s/
                                 BENJAMIN P. TOLKOFF
4                                Assistant United States Attorney

5

6  DATED: August 23, 2010              /s/
                                 STEVE WHITWORTH
7                                Attorney for JOSHUA PRATCHARD

8
       GOOD CAUSE being shown, for the reasons stated above, the Court orders that the
9
   evidentiary hearing scheduled for September 10, 2010, at 1:00 p.m., is hereby continued until
10                   1:30 p.m.
   October 1, 2010, at 1:00 p.m.
11

12
   SO ORDERED.
13

14

15 DATED: August 26, 2010                    [signature]
                                 HONORABLE MAXINE M. CHESNEY
16                               United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND ~~PROP.~~ ORD. CONT. EVID. HRNG.
CR 08-0553 MMC