1  BARRY J. PORTMAN
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant JOSHUA PRATCHARD

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11                                    )   No. CR-08-553 MMC
    UNITED STATES OF AMERICA,         )
12                                    )   [PROPOSED] ORDER AS TO
               Plaintiff,             )   SUBSTITUTION OF COUNSEL
13                                    )
    v.                                )
14                                    )
    JOSHUA PRATCHARD                  )
15                                    )
               Defendant.             )
16                                    )
    _____
17

18     Defendant Joshua Pratchard appeared before the Court for a status conference regarding

19 his compliance with his conditions of probation on April 6, 2011. The Court instructed Mr.

20 Pratchard to return to Magistrate Court to submit a financial affidavit and request appointment of

21 counsel. On May 2, 2011, Mr. Pratchard appeared before Magistrate Judge Chen, who reviewed

22 his financial affidavit and determined that he is eligible for appointment of counsel. The federal

23 public defender is able to accept the appointment. As such, the Court hereby ORDERS that the

24 federal public defender shall be appointed to represent Mr. Pratchard, and it is further

25 ORDERED that Assistant Federal Public Defender Rita Bosworth shall be appointed as counsel

26 //

[PROPOSED] ORDER;
*U.S. v. Pratchard*, 08-553-MMC                1

1  of record in this case.

2

3  \_May 3, 2011_____           _____
              DATE                                 MAXINE M. CHESNEY
4                                                  United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER;
*U.S. v. Pratchard*, 08-553-MMC                    2