BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
450 Golden Gate Avenue
19th Floor Federal Building–Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JOSHUA PRATCHARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-553 MMC |
| Plaintiff, | ) ) | **UNOPPOSED MOTION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PROBATION** |
| vs. | ) ) | |
| JOSHUA PRATCHARD | ) ) | |
| Defendant. | ) ) | |

1. Mr. Pratchard is currently on probation. He is also on electronic monitoring until December 2011. One condition of probation is that he cannot leave the Northern District of California.

2. On June 30, 2011, Mr. Pratchard was informed that his cousin, with whom he is very close, was in a serious car accident. She is currently in the intensive care unit at Arrowhead Regional Medical Center in Colton, CA (San Bernadino County, adjacent to Los Angeles). She broke numerous bones, fractured her skull, and has bleeding in her brain. Her prognosis is still unclear.

3. Mr. Pratchard would like to travel outside of the Northern District of California to

be with his cousin and his family in this difficult time.  He is requesting that the Court permit him to travel to Southern California, with the dates and times to be authorized by the probation officer, for the purpose of visiting his cousin in the hospital.

4. Pursuant to 18 U.S.C. § 3563(c) and Fed. R. Crim. P. 32.1(c)(2)(B), the Court has the authority to modify conditions of probation on the terms requested without a hearing with the consent of the United States Attorney.

5. AUSA Ben Tolkoff and USPO Sabrina Nagle (on behalf of Jenna Russo) do not object to this request.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

7/1/11                                     /s/
─────────────────         ─────────────────────────────
   DATED                              RITA BOSWORTH
                                      Assistant Federal Public Defender

IT IS SO ORDERED.

July 1, 2011                             ─────────────────────────────
DATED                                    MAXINE CHESNEY
                                         United States District Judge

Motion. & [Proposed] Order to Modify
Conditions of Probation;*United States v.
Pratchard*, 08-553 MMC                          2