BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
450 Golden Gate Avenue
19th Floor Federal Building–Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JOSHUA PRATCHARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOSHUA PRATCHARD, <br> Defendant. | No. CR-08-0553 MMC <br><br> [~~PROPOSED~~] **ORDER REGARDING DEFENDANT'S SENTENCE** |

**ORDER**

The defendant has admitted to the two counts charged in the Probation Violation Form 12, filed July 25, 2011. Accordingly, the defendant's probation is REVOKED. By agreement of both parties and the probation office, the defendant is re-sentenced as follows:

The defendant is re-sentenced to one day of custody and thirteen months of supervised release. 18 U.S.C. § 3583. His one day of custody shall be served immediately following the conclusion of the revocation hearing in this case. Specifically, the United States Marshals Service shall take custody of him for one hour and then release him.

As a condition of supervised release, the defendant is ordered to serve two weeks plus sixteen weekends in custody. 18 U.S.C. §§ 3583(d); 3563(b)(10).

The defendant's custody while on supervised release shall be served as follows:

- 14 days of continuous custody from December 23, 2011, through January 5, 2012.
- 16 weekends of custody, where the defendant will report no later than 8:00 a.m. on Saturday and be released by 5:00 p.m. on Sunday, on the following dates:
  - October 15-16
  - October 22-23
  - October 29-30
  - November 5-6
  - November 19-20
  - November 26-27
  - December 3-4
  - December 10-11
  - December 17-18
  - January 7-8
  - January 14-15
  - January 21-22
  - January 28-29
  - February 4-5
  - February 11-12
  - February 18-19

Pursuant to 18 U.S.C § 3583(d), all previous conditions of the defendant's probation are now imposed as conditions of the defendant's supervised release, with the following modifications:

- the condition that the defendant be placed on electronic monitoring shall be removed;
- the condition that the defendant complete 200 hours of community service at a rate of no less than 25 hours a month shall be suspended until March 2012.

[~~Proposed~~] Order Re: Sentence;
*United States v. Pratchard*, 08-553 MMC     2

1       IT IS SO ORDERED.

3  September 15, 2011                      /s/ Maxine M. Chesney
   DATED                                MAXINE M. CHESNEY
4                                         United States District Judge