# UNITED STATES DISTRICT COURT 
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

## Report on Offender Under Supervision

**Name of Offender**  
Joshua Joel Pratchard

**Docket Number**  
CR 08-00553-1 MMC

**Name of Sentencing Judge:** The Honorable Maxine M. Chesney  
Senior United States District Judge

**Date of Original Sentence:** October 21, 2009

**Original Offense**  
Count One: Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 113(a)(6), a Class C Felony

**Original Sentence:** Three Years Probation  
**Special Conditions:** Special assessment $100.00; restitution $19,516.00; reside in a residential reentry center for 12 months ; drug treatment; mental health treatment; search; not be in vicinity of Derek Sanders; DNA collection; and financial access.

**Prior Form(s) 12**: On March 3, 2010, a Summons was issued as a result of new law violations Disorderly Conduct/Public Intoxication; and for his failure to pay restitution. On June 4, 2010, an Amended Petition for Summons was filed to take notice of the additional violation that Mr. Pratchard was terminated from the RRC for fighting with another resident. On January 5, 2011, Mr. Pratchard 's probation was revoked for failure to refrain from excessive use of alcohol and his conditions of probation were modified to include three additional months in the RRC and to abstain from all alcoholic beverages and not go to bars.

On May 17, 2011, a Summons was issued to address his termination from the RRC for failure to pay subsistence. On June 15, 2011, a revocation hearing was held and Your Honor modified his conditions to include Location Monitoring in lieu of his community confinement and the addition of 200 hours of community service to be performed at a rate of no less than 25 hours per month.

On July 25, 2011, a Summons was issued to address allegations that he left the district without permission and that he failed to abstain from alcohol. On September 14, 2011, Your Honor revoked his probation and sentenced Mr. Pratchard to one day in custody to be followed by thirteen months on supervised release with the additional condition that he serve two weeks and sixteen weekends in custody. Mr. Pratchard was also to complete his 200 hours of community service.

RE:   Pratchard, Joshua Joel          2
CR 08-00553-1 MMC

**Type of Supervision**
Probation

**Assistant U.S. Attorney**
Katherine Dowling

**Date Supervision Commenced**
October 23, 2009

**Defense Counsel**
Rita Bosworth  (AFPD)

### Petitioning the Court to Take Judicial Notice

#### Cause

Mr. Pratchard has had some significant issues while on supervision; however, since March of 2010, he has made significant efforts at paying his restitution, which remains his sole outstanding condition. Since March 8, 2010, Mr. Pratchard has made consistent payments toward his restitution in the amount of $250.00 per month. Additionally, he made a lump sum payment of $1,500.00 in January of 2010. As of this date, the offender has made payments totaling $5,425.00, leaving a remaining balance of $14,091.00 due to the victim.

On June 14, 2012, Mr. Pratchard moved to Sacramento and thus, supervision of his case was transferred to the Eastern District of California where he has been supervised by U.S. probation Officer Garey White. Mr. Pratchard recently lost his job in July of this year and his payment history suffered; however, he has been re-directed by USPO White to pay at least $50.00 until he is again gainfully employed.

#### Action Taken and Reason

While Mr. Pratchard has previously violated his supervision on several occasions, it is believed that he has made a good faith effort to come into compliance with his restitution obligation. As such, it is respectfully requested that his supervised release be allowed to expire with restitution owing.

Pursuant to 18 U.S.C. § 3613(f), the liability to pay restitution shall terminate the later of twenty years from the entry of judgment or twenty years after the release from imprisonment, or upon the death of the individual. The U.S. Attorney can collect restitution until October 20, 2029. The offender has been directed to continue making payments to the United States Attorney's Office.

Respectfully submitted,

_____
Jenna Russo
U.S. Probation Officer
Date Signed: October 5, 2012

Reviewed by:

_____
Amy Rizor
Supervisory U.S. Probation Officer

NDC-SUPV-FORM 12A 02/26/10

**RE:** Pratchard, Joshua Joel  
CR 08-00553-1 MMC

3

THE COURT ORDERS:

- ☑ The Court concurs and takes judicial notice
- ☐ Submit a request to modify supervision
- ☐ Submit a request for a warrant
- ☐ Submit a request for summons
- ☐ Other:

_____10-15-12_____   _____
Date                                         Maxine M. Chesney
                                                   Senior United States District Judge

NDC-SUPV-FORM 12A 02/26/10